# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139505 & (111)(114)(115)

TARA KATHERINE HAMED,
            Plaintiff-Appellee,

v

WAYNE COUNTY and WAYNE COUNTY
SHERIFF'S DEPARTMENT,
            Defendants-Appellants,
and

SERGEANT KENNETH DAWWISH,
CORPORAL NETTI JACKSON, SHERIFF
WARREN C. EVANS, and DEPUTY
REGINALD JOHNSON,
            Defendants.

_____/

SC: 139505
COA: 278017
Wayne CC: 03-327525-NZ

On order of the Court, the application for leave to appeal the July 7, 2009 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues whether: (1) defendants Wayne County and Wayne County Sheriff's Department may be held liable to the plaintiff for quid pro quo sexual harassment under MCL 37.2103(i); (2) the plaintiff's incarceration in the Wayne County Jail is a public service within the meaning of MCL 37.2301(b); and (3) the trial court erred in permitting the plaintiff to amend her complaint to allege violations of the Michigan Civil Rights Act.

The motions for leave to file briefs amicus curiae are GRANTED. The Michigan Association for Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

0616

Clerk